IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,**<br><br>  Plaintiff,<br><br>  v.<br><br>**STUMBLERS, LLC d/b/a STUMBLERS,**<br><br>  Defendant. | Case No. 7:12-cv-119 (HL) |

**ORDER**

The Court has received the Notice of Plaintiff Joe Hand Promotions Inc. requesting judgment based on the pleadings (Doc. 9). However, because the Motion for Default Judgment (Doc. 8) does not request an amount that is sum certain, a hearing is necessary to determine the appropriate judgment in this case. The hearing scheduled for March 20, 2013 in Valdosta, Georgia will remain on the calendar.

**SO ORDERED,** this 4th day of February, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr